AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC.

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:

SKYLINE SOFTWARE SYSTEMS, INC.

  

TO:
Skyline Software Systems, Inc.
14155 Newbrook Drive
Chantilly, VA  20151

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Darryl M. Woo (CSB No. 100513)
C. Maclain C. Wells (CSB No. 221609)
Kent E. Kemeny (CSB No. 224613)
FENWICK & WEST LLP
801 California Street, Mountain View, CA  94041
Tel:  (650) 988-8500
Fax:  (650) 938-5200

an answer to the complaint which is herewith served upon you, within   **20**   days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

NOV 1 8 2004

CLERK

DATE

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

NDCAO440

Dockets.Justia.com

# AFFIDAVIT OF SERVICE -
(SERVICE BY PRIVATE PROCESS SERVER)

**Central Virginia Process Servers LLC.**

Office Use only
Court __U.S. District Court Northern District of California__
Case Number __C 04 4922__

I, the undersigned __Alan M. Jackson__ ( Print Name of Server ) do hereby certify that I am over eighteen years of age and am not a party to or otherwise interested in the subject matter in controversy, and I further attest:

On the __23rd__ day of __November__ 2004, at __3:05PM__ AM/PM

I served at __Corperation Service Company as Registered Agent for Skyline Software Systems, Inc.__

Address __11 South 12th Street, Suite 500   Richmond Virginia 23219__

In the Case of: _Google, Inc. v. Skyline Software Systems, Inc_.   I legally served the following documents:
1. Complaint for Declaratory Judgment of Patent Noninfringement and Invalidity with Exhibit A
2. Summons in a Civil Case
3. Order Setting Initial Case Management Conference (standing order, etc.)
4. US District Court Northern California/ ECF Registration Information for Trial.
5. Dispute Resolution Procedures
6. Notice of Assignment of Case to a United States Magistrate Judge for Trial

Under penalty I attest that legal service was performed in the following manner:

☐ Personal Service

☒ Registered Agent __Tina L Rogers   Corperation Service Company   (Certificate Attached)__

Being unable to make personal service a copy was delivered in the following manner:

☐ Delivered to a person found in charge of the usual place of business or employment during business hours and giving information of its purport.
   Delivered to: _____

☐ Delivered to a family member, not a temporary sojourner or guests, age 16 or older, at the usual place of abode of the above named party.
   Delivered to: _____

☐ Posted, Affixed, or Secured to the front door of above dwelling as it appears to be the main entrance,  Having made Several attempts to make personal contact with the individual. .

Process Server ___/s/ Alan___          Name of Recipient: _____

**Served by Private Process Server**
Central Virginia Process Servers, LLC.
P O Box 4553, Midlothian Virginia 23112
Tel (804) 276-9393   Fax(804) 276-9394
2437 Krossridge Road, Richmond, Virginia 23236

Additional Information : _____

In the Commonwealth of Virginia In the County of Chesterfield Alan M. Jackson
Subscribed and sworn before me this __23rd__ day of November ,2004

My Commission expires March 31st, 2007

_Melissa Jackson_
Melissa Jackson NOTARY PUBLIC

CERTIFICATE
OF
CORPORATION SERVICE COMPANY

THIS CERTIFICATE MADE pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

CORPORATION SERVICE COMPANY, a corporation authorized to do business in the State of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the State of Virginia at 11 South 12th Street, P.O. Box 1463, Richmond, Virginia 23218.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts, and other entities, associations, and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trusts, and other entities, associations, and persons which have designated it as such agent are:

   Beverley L. Crump        Donna D. Creekmore
   Tina L. Rogers           Nicole T. McCallum
   Linda B. Liles

WHEREFORE, Corporation Service Company has caused its corporate name to be hereunto subscribed this 2nd day of August, 2004.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 2nd day of August, 2004, by George Massih.

_____
Notary Public

My Commission Expires: 12|18|07