1  DARRYL M. WOO (CSB No. 100513)
   C. MACLAIN WELLS (CSB No. 221609)
2  KENT E. KEMENY (CSB No. 224613)
   FENWICK & WEST LLP
3  Silicon Valley Center
   801 California Street
4  Mountain View, CA  94041
   Telephone:  (650) 988-8500
5  Facsimile:   (650) 938-5200

6

7  Attorneys for Plaintiff GOOGLE INC.

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12 GOOGLE INC.,                                    Case No. 04-04922 MEJ

13      Plaintiff,                                 GOOGLE INC.'S CERTIFICATION OF
                                                   INTERESTED ENTITIES OR PERSONS
14      v.

15 SKYLINE SOFTWARE SYSTEMS, INC.,

16      Defendant.

17

18         Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than

19 the named parties, there is no such interest to report except that of Keyhole, Inc., a wholly-owned

20 subsidiary of plaintiff Google Inc.  Keyhole, Inc. is a party to litigation with Skyline Software

21 Systems, Inc. pending in the District of Massachusetts, Civil Action No. 04-11129 DPW.

22

23 Dated:  December 7, 2004                        FENWICK & WEST LLP

24
                                                  By: /s/ Kent E. Kemeny
25                                                    Kent E. Kemeny

26                                                ATTORNEYS FOR PLAINTIFF
                                                  GOOGLE INC.
27

28                                                                       22472/00401/LIT/1218396.1

CERTIFICATION OF INTERESTED PARTIES
Case No. 04-04922 MEJ

Dockets.Justia.com