1  DARRYL M. WOO (CSB No. 100513)
   C. MACLAIN WELLS (CSB No. 221609)
2  KENT E. KEMENY (CSB No. 224613)
   FENWICK & WEST LLP
3  Silicon Valley Center
   801 California Street
4  Mountain View, CA  94041
   Telephone: (650) 988-8500
5  Facsimile:  (650) 938-5200

7  Attorneys for Plaintiff GOOGLE INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

12 GOOGLE INC.,                        Case No. 04-04922 MEJ

13     Plaintiff,
                                       **DECLINATION TO PROCEED
14     v.                              BEFORE A MAGISTRATE JUDGE
                                       AND
15 SKYLINE SOFTWARE SYSTEMS, INC.,     REQUEST FOR REASSIGNMENT TO
                                       A UNITED STATES DISTRICT JUDGE**
16     Defendant.

18    **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

19    The undersigned party hereby declines to consent to the assignment of this case to a

20 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

21 this case to a United States District Judge.

23 Dated:  December 7, 2004            FENWICK & WEST LLP

                                       By: /s/ Kent E. Kemeny
25                                         Kent E. Kemeny

26                                     ATTORNEYS FOR PLAINTIFF
                                       GOOGLE INC.

28                                                          22472/00401/LIT/1218856.1

REQUEST FOR REASSIGNMENT
Case No. 04-04922 MEJ