# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOGLE INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>SKYLINE SOFTWARE SYSTEMS )<br>)<br>Defendant (s). )<br>_____) | Case No. C-04-4922 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  X  (1)  One or more of the parties has requested reassignment to a United States District Judge, or

_____ (2)  One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

_____ (3)  One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby **VACATED.**

Dated: December 9, 2004

```
      /s/
_____
Maria-Elena James
United States Magistrate Judge


      /s/
_____
By:  Brenda Tolbert
     Deputy Clerk
```