**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                             General Court Number
Clerk                                                415.522.2000

**December 10, 2004**

**CASE NUMBER: CV 04-04922 MEJ**
**CASE TITLE: GOOGLE INC.-v-SKYLINE SOFTWARE SYSTEMS**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable PHYLLIS J. HAMILTON** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the

case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/10/04

                                          FOR THE EXECUTIVE COMMITTEE:

                                          _____
                                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                  Special Projects
Log Book Noted                                 Entered in Computer 12/10/04HA

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                                 Transferor CSA

Dockets.Justia.com