MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
1620 26th Street, Suite 150 South
Santa Monica, California 90404
310.586.3200
Fax 310.586.3202
HSaferstein@Mintz.com

Attorneys for Defendant
SKYLINE SOFTWARE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC.,<br><br>  Plaintiff,<br><br>v.<br><br>SKYLINE SOFTWARE SYSTEMS, INC.,<br><br>  Defendant. | Case No. C 04-4922 MEJ<br><br>Honorable Maria-Elena James<br><br>**DECLARATION OF AHARON YARON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR STAY PLAINTIFF'S COMPLAINT** |

I, Aharon Yaron, declare as follows:

1. I am the President of Skyline Software Systems, Inc. ("Skyline") and a co-inventor of the '189 Patent. I make this affidavit in support of Skyline's motion to dismiss or stay Plaintiff's Complaint. I have personal knowledge of the following facts and could competently testify as to their truth.

2. Skyline is a small software company headquartered in Woburn, Massachusetts.

3. Skyline does not have an office in California and has minimal contacts with California. Members of Skyline's workforce rarely travel to California.

1
**DECLARATION OF AHARON YARON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR STAY; CASE NO. C 04-4922 MEJ**

4. Skyline's total workforce is made up of seventeen individuals. Seven of these individuals reside in the United States, all on the East Coast.

5. The remainder of Skyline's workforce who would be necessary to this litigation reside in Israel.

6. I work and live in Massachusetts and rarely travel to California.

7. No member of Skyline's workforce resides or works in California.

8. It would be extremely burdensome on members of Skyline's workforce and on Skyline to participate in this litigation in California, particularly since Skyline is currently pursuing a lawsuit on the same subject matter in Massachusetts District Court.

I declare under the pains and penalties of perjury, in accordance with 28 U.S.C. § 1746, that the forgoing is true and correct.

Executed on December 9 in Boston, Massachusetts.

_____
Aharon Yaron