MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
1620 26th Street, Suite 150 South
Santa Monica, California 90404
310.586.3200
Fax 310.586.3202
HSaferstein@Mintz.com

Attorneys for Defendant
SKYLINE SOFTWARE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Defendant. | Case No. C 04-4922 MEJ <br><br> Honorable Maria-Elena James <br><br> **DECLARATION OF H. JOSEPH HAMELINE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR STAY** |

I, H. Joseph Hameline, declare as follows:

1. I am a member of the firm of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. in its Boston office, located at One Financial Center, Boston, Massachusetts, 02111. I have been an attorney since 1981.

2. I am counsel for Skyline Software Systems, Inc.

3. Skyline filed a patent infringement action against Keyhole in the United States District Court for the District of Massachusetts on May 28, 2004. Keyhole has been acquired by Google. Skyline's motion to add Google is pending in Massachusetts District Court. The issues in

1
**DECLARATION OF H. JOSEPH HAMELINE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR STAY; CASE NO. C 04-4922 MEJ**
LAX 2698v1

the District of Massachusetts case and all the claims in this case are the same.  The same patent is at issue.  The same parties technology is at issue.  The same attorneys, witnesses, documents, claims and defenses are at issue in both this case and the District of Massachusetts case.

    4.    I am submitting with this DECLARATION true and accurate copies of the following documents, which are attached hereto as Exhibits A through G:

| | |
|---|---|
| Exhibit A: | Complaint for Patent Infringement and Demand for Jury Trial |
| Exhibit B: | Defendant Keyhole, Inc.'s Answer and Counterclaim |
| Exhibit C: | Plaintiff's Motion for Leave to Amend Its Complaint and First Amended Complaint for Patent Infringement and Demand for Jury Trial |
| Exhibit D: | Articles appearing on-line discussing Google's Acquisition of Keyhole:<br>(1) "Google Acquires Map Maker Keyhole," Monterey Herald.com, October 28, 20004;<br>(2) "Keyhole Bought By Google For 3D Mapping," Digital-Lifestyle.info, October 28, 2004<br>(3) "Google Acquires Keyhole Corp.," Directions Magazine, October 27, 2004 |
| Exhibit E: | Editorial written by Joe Francica that appeared in Directions Magazine on October 29, 2004, entitled "Google Acquires Keyhole; CBS Enlists Help of ESRI." |
| Exhibit F: | Print-out of Google's web page as of December 10, 2004, offering Keyhole's product as one of Google's "tools," available at: http://www.google.com/options/index.html. |
| Exhibit G: | November 16, 2004 Letter written by H. Joseph Hameline, Esq. to David C. Drummond, Esq. |

    4.    On November 3, 2004, Keyhole, Inc. filed a motion to transfer venue in Skyline's patent infringement action that is pending before the United States District Court in the District of Massachusetts.  In its motion, Keyhole seeks to transfer the Massachusetts action to the Northern District of California.

**DECLARATION OF H. JOSEPH HAMELINE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR STAY; CASE NO. C 04-4922 MEJ**

LAX 2698v1

5. Given its small size and the strong presumption in favor of the plaintiff's choice of forum, Skyline has vigorously opposed Keyhole's motion to transfer venue.

6. A hearing date on Keyhole's motion to transfer and for the Scheduling Conference to discuss discovery and related scheduling in the Massachusetts action is set for December 20, 2004.

7. Throughout the proceedings in Massachusetts District Court, Keyhole has been represented by the same counsel from Fenwick & West, LLP that represents Google in this action.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2004 in Boston, Massachusetts.

_____
H. Joseph Hameline

3

**DECLARATION OF H. JOSEPH HAMELINE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR STAY; CASE NO. C 04-4922 MEJ**

LAX 2698v1