

Web   Images   Groups   News   Froogle   **more »**

Advanced Search
Preferences
Language Tools

[ Google Search ]   [ I'm Feeling Lucky ]

$
New! Keyhole from Google: Satellite images of anywhere on earth.

Advertising Programs - Business Solutions - About Google

Make Google Your Homepage!

©2004 Google - Searching 4,285,199,774 web pages

Dockets.Justia.com

 Google

Web   Images   Groups   News   Froogle   **more »**

[ Search the Web ]

## More, more, more

Google Home

About Google

Help Center

Google Downloads

**Web Search Features**
Google has many web search features to help enhance your search, such as calculator and travel information.

**Google Services:** Use one of our many services to find what you're looking for.


Alerts


Answers


Catalogs


Directory


Froogle


Groups


Images


Google Labs


Google Local


Google Scholar


News Search


Special Searches


University Search


Web Search


Wireless

**Google Tools:** We offer various tools to help you get more done.


Blogger


Browser Buttons


Google Desktop Search


Google in your Language


Keyhole


Picasa Photo Organizer


Google Toolbar


Translate Tool



Web APIs

Additionally, you can Add Google to your Browser by making Google your default
search engine.

©2004 Google Google Home - Advertising Solutions - Business Solutions - About Google