**MINTZ LEVIN**
**COHN FERRIS**
**GLOVSKY AND**
**POPEO PC**

Boston
Washington
Reston
New York
Stamford
Los Angeles
London

*One Financial Center*
*Boston, Massachusetts 02111*
*617 542 6000*
*617 542 2241 fax*
*www.mintz.com*

*H. Joseph Hameline*

*Direct dial 617 348 1651*
*JHameline@mintz.com*

November 16, 2004

**BY FAX (650-618-1499) AND REGULAR MAIL**

David C. Drummond, Esquire
Vice President of Corporate Development,
  Secretary and General Counsel
Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043

         Re:     Skyline Software Systems, Inc. v. Keyhole, Inc.,
                   C.A. No. 04-111 DPW

Dear Mr. Drummond:

      We represent Skyline Software System, Inc. ("Skyline") in the above referenced patent infringement litigation. As stated in that litigation, Keyhole, Inc. ("Keyhole") infringes United States Patent No. 6,496,189.

      We understand that Google recently acquired Keyhole. With this acquisition, Google now infringes Skyline's patent. Skyline intends to vigorously protect its intellectual property. Prior to the commencement of active litigation we had engaged with Keyhole in an unsuccessful attempt to resolve this matter. We wanted to provide the same opportunity to Google before adding Google to the litigation as a defendant.

      Would you kindly contact me within fourteen (14) days of this letter and let us know if you are interested in such a discussion. Otherwise, we will add Google as a defendant.

                                                           Very truly yours,

                                                           H. Joseph Hameline

cc:     Darryl M. Woo, Esquire

LIT 1489224v1