MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
Harvey I. Saferstein (SBN: 49750)
Nada I. Shamonki (SBN: 205359)
1620 26th Street, Suite 150 South
Santa Monica, California 90404
310.586.3200
Fax 310.586.3202
HSaferstein@Mintz.com

Attorneys for Defendant
SKYLINE SOFTWARE SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE INC., <br><br> Plaintiff, <br><br> v. <br><br> SKYLINE SOFTWARE SYSTEMS, INC., <br><br> Defendant. | Case No. C 04-4922 MEJ <br><br> Honorable Maria-Elena James <br><br> **(PROPOSED) ORDER GRANTING SKYLINE SOFTWARE SYSTEM, INC.'S MOTION TO DISMISS (STAY) PLAINTIFF'S COMPLAINT** |

### ORDER

Defendant Skyline Software Systems, Inc. came before this Court to move to dismiss or stay Plaintiff Google, Inc.'s Complaint for Declaratory Judgment for Patent Infringement and Invalidity. Having considered such motion, the parties' briefing, and evidence, the arguments of counsel, and all relevant pleadings and papers filed in this case, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss (stay) Google's Complaint for Declaratory Judgment for Patent Infringement and Invalidity is hereby GRANTED and all claims are hereby DISMISSED (STAYED pending resolution of Skyline's action against Keyhole, Inc.

1

**(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (STAY)**
LAX 2702v1

Dockets.Justia.com

currently pending before the United States District Court for the District of Massachusetts).

DATED: _____

_____
MARIA-ELENA JAMES
United States Magistrate Judge

SUBMITTED BY:
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.


By: _____/s/_____
  Harvey I. Saferstein
  Nada I. Shamonki

  Attorneys for Defendant
  SKYLINE SOFTWARE SYSTEMS, INC.

---

2

**(PROPOSED) ORDER GRANTING DEFENDANT'S MOTION TO DISMISS (STAY)**
LAX 2702v1