UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GOOGLE INC.,

      Plaintiff,                                    No. C 04-4922 PJH

     v.                                      **NOTICE AND ORDER SETTING HEARING**

SKYLINE SOFTWARE SYSTEMS,

      Defendant.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant's motion to dismiss or in the alternative to stay has been set for January 26, 2004, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

AT THE TIME OF ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO SUBMIT **ONE** ADDITIONAL CONFORMED HARD COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "**PJH CHAMBERS COPY**."

IT IS SO ORDERED.

Dated: December 13, 2004

                                                  _____/s/_____
                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge