DARRYL M. WOO (CSB No. 100513)
C. MACLAIN WELLS (CSB No. 221609)
KENT E. KEMENY (CSB No. 224613)
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE INC., | Case No. C-04-4922 PJH |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |
| v. | |
| SKYLINE SOFTWARE SYSTEMS, INC., | FED. R. CIV. P. 41(a)(1) |
| Defendant. | |

No defendant having filed an answer or motion for summary judgment in this matter, Plaintiff GOOGLE INC. HEREBY dismisses this entire action without prejudice or admission of any kind in accordance with Fed. R. Civ. P. Rule 41(a)(1).

DATED: December 27, 2004        /s/ Kent E. Kemeny
                                Kent E. Kemeny
                                Fenwick & West LLP
                                Attorneys for Plaintiff
                                GOOGLE INC.

**ORDER**

IT IS SO ORDERED.

Dated: _____    _____
                                 Hon. Phyllis J. Hamilton
                                 United States District Judge