DARRYL M. WOO (CSB No. 100513)
C. MACLAIN WELLS (CSB No. 221609)
KENT E. KEMENY (CSB No. 224613)
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| GOOGLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>SKYLINE SOFTWARE SYSTEMS, INC.,<br><br>Defendant. | Case No. C-04-4922 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>FED. R. CIV. P. 41(a)(1)<br><br>E-Filing |
|---|---|

No defendant having filed an answer or motion for summary judgment in this matter, Plaintiff GOOGLE INC. HEREBY dismisses this entire action without prejudice or admission of any kind in accordance with Fed. R. Civ. P. Rule 41(a)(1).

DATED: December 27, 2004

/s/ Kent E. Kemeny
Kent E. Kemeny
Fenwick & West LLP
Attorneys for Plaintiff
GOOGLE INC.

**ORDER**

IT IS SO ORDERED.

Dated: 1/3/05

Hon. Phyllis J. Hamilton
United States District Judge

Google Inc. v. Skyline Software Systs, Inc.
No. C-04-4922 PJH

NOTICE OF VOLUNTARY DISMISSAL OF
ENTIRE ACTION WITHOUT PREJUDICE